UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARDOQUEO ABILIO MENDEZ MEJIA, et al.,

        Plaintiffs,

-against-

CJFOUR INC., et al.,

        Defendants.

18-CV-4199 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    WHEREAS, Defendants CJFour Inc. (CJFour), Janet J. Kim, and Jennifer Doe initially appeared through counsel Brian Shenker; and

    WHEREAS, on October 30, 2019, the Court granted counsel's unopposed motion for leave to withdraw (Dkt. No. 45); and

    WHEREAS, the Court ordered CJFour's new counsel to file a notice of appearance no later than December 2, 2019, and ordered Kim and Doe to find new counsel or file Notices of Pro Se Appearance by the same date; and

    WHEREAS, no new counsel has appeared for CJFour, Kim, or Doe, as of the date of this order; and

    WHEREAS, Kim and Doe each filed a Notice of Pro Se Appearance on December 2, 2019 (Dkt. Nos. 50, 51), but their Notices contain no contact information for either individual; and

    WHEREAS, Kim and Doe have both consented to receive electronic service (Dkt. Nos. 52, 53) at the email address CJFOURINC@gmail.com; and

    WHEREAS, the Court scheduled an initial case management conference for December 9, 2019, with a joint proposed case management plan due December 2, 2019 (Dkt. No. 41); and

    WHEREAS, plaintiffs submitted a proposed case management plan (Dkt. No. 47) that only included input from the plaintiffs (*see* Dkt. No. 48);

NOW THEREFORE, it is hereby ORDERED as follows:

1. Kim and Doe must appear in person at the initial conference on **Monday, December 9, 2019 at 10:00 a.m.**, in Courtroom 20A.

2. Since CJFour is not a natural person, it must appear at the initial conference through counsel.

3. Any request to reschedule the initial conference must be made, in writing, at least two business days prior to the conference.

4. Defendants are warned that if any of them fails to appear at the initial conference, plaintiffs may seek a default judgment against that defendant.

Dated: New York, New York
December 4, 2019

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**