# Michael Faillace & Associates

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165
_____

jandrophy@faillacelaw.com

January 31, 2020

**Via ECF**

Honorable Barbara C. Moses
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 2/3/2020

> Application GRANTED. SO ORDERED.
>
> _____
> Barbara Moses, U.S.M.J.
> February 3, 2020

**MEMO ENDORSED**

Re: *Mendez Mejia v. CJFour Inc., et al.*,
S.D.N.Y., 18-cv-4199 (BCM)

Dear Judge Moses:

We represent Plaintiff in the above referenced matter, and write to respectfully request an extension of today's deadline to submit the settlement agreement for approval.

This is the first request for such an extension.

The reason for the request is that the undersigned counsel has not yet provided a draft of the agreement to Defendants' attorney. Among other things, I have been engaged in preparation for a trial that had been scheduled for next week but just settled today.

We respectfully request an extension of time to February 28, 2020 to complete and submit the settlement agreement.

We thank the Court for its attention to this matter.

Respectfully Submitted,

/s/ Joshua S. Androphy
Joshua S. Androphy

cc: Susanne Toes Keane, Esq. (via ECF)

*Certified as a minority-owned business in the State of New York*