# Michael Faillace & Associates

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165
_____

jandrophy@faillacelaw.com

February 28, 2020

**Via ECF**

Honorable Barbara C. Moses
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 3/2/2020

> Application GRANTED. SO ORDERED.
>
> _____
> Barbara Moses, U.S.M.J.
> March 2, 2020

**MEMO ENDORSED**

Re: *Mendez Mejia v. CJFour Inc., et al.*,
S.D.N.Y., 18-cv-4199 (BCM)

Dear Judge Moses:

We represent Plaintiff in the above referenced matter, and write to respectfully request an extension of today's deadline to submit the settlement agreement for approval.

This is the second request for such an extension. The previous request was granted.

The reason for the request is that the Plaintiff was scheduled to come to the undersigned's office on Thursday to sign the agreement but failed to do so. We have not received a response to our calls to him. Defendants have signed the agreement, and we are prepared to submit the agreement for approval once the Plaintiff signs.

We respectfully request an extension of time to March 7, 2020 to complete and submit the settlement agreement.

I requested Defendants' attorney's consent late this afternoon to the extension and (understandably) have not yet received a response.

We thank the Court for its attention to this matter.

*Certified as a minority-owned business in the State of New York*

February 28, 2020
Page 2

                                        Respectfully Submitted,

                                        /s/ Joshua S. Androphy
                                        Joshua S. Androphy

cc:      Susanne Toes Keane, Esq. (via ECF)