UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARDOQUEO ABILIO MENDEZ MEJIA,

    Plaintiff,

-against-

CJFOUR INC., et al.,

    Defendants.

18-cv-4199 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**.

The Court has received and reviewed the plaintiff's letter dated March 6, 2020 (Dkt. No.67), seeking approval of the parties' proposed Settlement Agreement and Release (Agreement) (Dkt. No. 67-1) pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The parties reached an agreement on the material terms of the Agreement following a settlement conference supervised by the undersigned Magistrate Judge on January 7, 2020.

After careful review, the Court finds that the Agreement is fair and reasonable, as required by *Cheeks*, 796 F.3d 199. It is hereby **ORDERED** that this action is **DISMISSED** with prejudice and without costs.

The Clerk of the Court is directed to close the case.

Dated: New York, New York
      April 10, 2020

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**